IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

WENDY KNOTTS                                                                                       PLAINTIFF

VS.                                                                  CIVIL ACTION NO: 3:09-cv-512 TSL-JCS

WESLEY HEALTH SYSTEMS, LLC D/B/A
WESLEY MEDICAL CENTER                                                                        DEFENDANT

## ORDER

This cause is before the Court on the Stipulation of Dismissal of the parties. The Court, having considered said stipulation, finds that the parties have stipulated to the dismissal of all claims against Wesley Health Systems, LLC d/b/a Wesley Medical Center with prejudice. The Court, being otherwise fully advised in the premises, is of the opinion and so finds that said stipulation is well taken.

IT IS, THEREFORE, ORDERED AND ADJUDGED that all claims against Wesley Health Systems, LLC d/b/a Wesley Medical Center are hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

SO ORDERED AND ADJUDGED, this 29th of December, 2009.

/s/Tom S. Lee
UNITED STATES DISTRICT COURT JUDGE

Jackson 4616332v1